IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| | |
|---|---|
| RUSSELL EBLE and CHRISTINE EBLE, husband and wife, | No. GD-22-001568 |
| Plaintiffs, | **NOTICE OF FILING OF REMOVAL** |
| v. | Filed on behalf of Defendants, Kharak Singh and YG Logistics Canada, Ltd. |
| KHARAK SINGH and YG LOGISTICS CANADA, LTD., | |
| Defendants. | Counsel of Record for this party: |

Joni M. Mangino, Esq.
Pa. I.D. #43586
mangino@zklaw.com
Brian M. Lucot, Esq.
Pa. I.D. #309024
lucot@zklaw.com

ZIMMER KUNZ, PLLC
310 Grant Street, Suite 3000
The Grant Building
Pittsburgh, PA  15219
Tel: (412) 281-8000
Fax: (412) 281-1765



02288752.DOCX 0370-0139

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| | |
|---|---|
| RUSSELL EBLE and CHRISTINE EBLE, husband and wife, | ) ) No. GD-22-001568 |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) |
| KHARAK SINGH and YG LOGISTICS CANADA, LTD., | ) ) ) ) |
| Defendants. | ) |

## NOTICE OF FILING OF REMOVAL

To:   DEPARTMENT OF COURT RECORDS

**PLEASE TAKE NOTICE** that Defendants, Kharak Singh and YG Logistics Canada, Ltd., by and through counsel and pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, removed this action to the United States District Court, Western District of Pennsylvania, Pittsburgh Division on April 27, 2022. A Notice of Removal was filed with the office of the Clerk of the United States District Court for the Western District of Pennsylvania. Thereafter, the United States District Court, Western District of Pennsylvania assigned it to the Pittsburgh Division at Docket No _____. In accordance with 28 U.S.C. § 1446(d), no further proceedings shall be held in the Court of Common Pleas of Allegheny County, Pennsylvania unless and until this action is remanded.

Respectfully Submitted,

ZIMMER KUNZ, PLLC

By: /s/ *Brian M. Lucot*
      Joni M. Mangino, Esquire
      Pa. I.D. #43586
      mangino@zklaw.com
      Brian M. Lucot, Esquire
      Pa. I.D. #309024
      lucot@zklaw.com
      310 Grant Street, Suite 3000
      Pittsburgh, PA  15219
      (412) 281-8000
      *Attorneys for Defendants, Kharak Singh and*
      *YG Logistics Canada, Ltd.*

<u>CERTIFICATE OF COMPLIANCE</u>

I certify that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

ZIMMER KUNZ, PLLC

By: */s/ Brian M. Lucot*
      Joni M. Mangino, Esquire
      Pa. I.D. #43586
      mangino@zklaw.com
      Brian M. Lucot, Esquire
      Pa. I.D. #309024
      lucot@zklaw.com
      *Attorneys for Defendants, Kharak Singh and YG Logistics Canada, Ltd.*

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the within NOTICE OF FILING OF REMOVAL was forwarded to counsel below named by United States Mail on the 27th day of April 2022.

Trent Echard, Esq.
Matthew Marquette, Esq.
4773 William Flynn Highway
Allison Park, PA 15101
trent@trustemlaw.com
matt@trustemlaw.com
*(Counsel for Plaintiff)*

Respectfully submitted,

ZIMMER KUNZ, PLLC

By: */s/ Brian M. Lucot*
    Joni M. Mangino, Esquire
    Pa. I.D. #43586
    mangino@zklaw.com
    Brian M. Lucot, Esquire
    Pa. I.D. #309024
    lucot@zklaw.com
    310 Grant Street, Suite 3000
    Pittsburgh, PA  15219
    (412) 281-8000
    *Attorneys for Defendants, Kharak Singh and YG Logistics Canada, Ltd.*