IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RUSSELL Eble. et al )
    Plaintiff(s) )
)
vs. ) Case No. 22-625-RJC
)
KHARAK SINGH. et al )
    Defendant(s) )

PART 1: JOINT CONSENT TO JURISDICTION BY
UNITED STATES MAGISTRATE JUDGE
**(USE ONLY IF ALL PARTIES CONSENT)**

In accordance with the provisions of Section 636(c)(1) of Title 28, United States Code, we voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial and entry of a final judgment, with direct review by the United States Court of Appeals for the Third Circuit if an appeal is filed.

Date: 5/3/2022        /s/Trent Echard        Mr. and Mrs. Eble
                              Counsel for Plaintiff(s)        Plaintiff(s)
                              Print Name: Trent Echard

Date: 5/3/2022        /s/ Brian Lucot        Kharak Sinah. et al
                              Counsel for Defendant(s)        Defendant(s)
                              Print Name: Brian Lucot

Date: _____        _____        _____
                              Counsel for Defendant(s)        Defendant(s)
                              Print Name: _____

---

PART 2: DISTRICT JUDGE OPTION

Pursuant to Section 636(c)(2) of Title 28, United States Code, we acknowledge the availability of a United States Magistrate Judge but we elect to have this case randomly assigned to a United States District Judge.

Date: _____        _____        _____
                              Counsel for Plaintiff(s)        Plaintiff(s)
                              Print Name: _____

Date: _____        _____        _____
                              Counsel for Defendant(s)        Defendant(s)
                              Print Name: _____

Date: _____        _____        _____
                              Counsel for Defendant(s)        Defendant(s)
                              Print Name: _____